UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITPAL SINGH MANN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER; ALEJANDRO MAYORKAS, DIRECTOR, USCIS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JANET NAPOLITANO, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; and ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL,<br><br>　　　　Defendants. | No. 2:13-cv-00703-GEB-EFB<br><br><br>**ORDER** |
| DAVID MUGOMOKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK HAZUDA, in his Official Capacity, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services; ALEJANDRO MAYORKAS, Director, Bureau of Citizenship and Immigration Services, U.S. Dept. of Homeland Security; JANET NAPOLITANO, U.S. Secretary of Homeland Security; ERIC H. HOLDER JR., U.S. Attorney | No. 2:13-cv-00984-KJM-KJN |

1

| | |
|---|---|
| 1 | General; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, |
| 2 | |
| 3 | |
| 4 | Defendants. |

Defendant United States Citizenship and Immigration Services filed a Notice of Related Cases on March 28, 2014, (ECF No. 33), in which it states in a conclusory manner that the above-captioned cases are related. Defendant, however, has not shown that sufficient basis exists to relate the actions. Therefore, they will not be related.

Dated: March 31, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2