UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MUGOMOKE, | No. 13-cv-00984-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| MARK HAZUDA, et al., | |
| Defendants. | |

In this immigration case seeking declaratory and injunctive relief, plaintiff's and defendants' competing motions for summary judgment are currently pending before the court. (Pl.'s Mot. Summ. J., ECF 14; Defs.' Cross-Mot. Summ. J., ECF 15). After considering the parties' respective positions, the court requires further briefing on whether it has subject matter jurisdiction. *See Gonzalez v. Thaler*, __ U.S. __, 132 S. Ct. 641, 648 (2012) ("When a requirement goes to subject-matter jurisdiction, courts are obligated to consider *sua sponte* issues that the parties have disclaimed or have not presented."). Accordingly, the court orders the parties to provide simultaneous briefs on the following question:

> Does this court have jurisdiction to review the denial of plaintiff's application for adjustment of status filed under 8 U.S.C. § 1159 in light of 8 U.S.C. § 1252(a)(2)(B)(ii)'s language purportedly eliminating judicial review?

/////

1

1       Simultaneous supplemental briefs should be filed within 7 days from the date of
2 this order and they should address the jurisdiction question only.  The parties may file any
3 responses to the other's brief within 14 days from the date of this order.  The briefs should be
4 limited to 10 pages each.

5       The hearing scheduled in this matter on May 9, 2014, is continued to May 29,
6 2014, at 2:00 p.m.

7       IT IS SO ORDERED.

8 DATED: May 6, 2014.

_____
UNITED STATES DISTRICT JUDGE